**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| BERNARD AND SYLVIA LECHMAN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ACCOUNT CONTROL TECHNOLOGY, )<br>INC., )<br>)<br>Defendant )<br>) | **Case No.: 1:14-cv-2053-ELH** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: September 24, 2014

BY: */s/ Amy L. Bennecoff*
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C
Bar ID No. 29950
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: abennecoff@creditlaw.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 24th day of September, 2014, a true and correct copy of the foregoing pleading served via mail to the below:

>Janelle Alexander, Esq.
>Account Control Technology, Inc.
>5531 Business Park S
>Bakersfield CA 93309
>jalexander@accountcontrol.com

>*/s/ Amy L. Bennecoff*
>Amy L. Bennecoff, Esquire
>Kimmel & Silverman, P.C
>Bar ID No. 29950
>30 East Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888
>Facsimile: (215) 540-8817
>Email: abennecoff@creditlaw.com
>Attorney for Plaintiff